UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERENCE WADE BANKS,<br><br>                        Plaintiff,<br><br>       -against-<br><br>JAMES DILLION/DIMON,<br><br>                        Defendant. | 1:21-CV-1302 (JGK)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 30, 2021, dismissing this action for lack of subject-matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 30, 2021
           New York, New York

                                              JOHN G. KOELTL
                                              United States District Judge